No. 83–997. TRANS WORLD AIRLINES, INC. v. THURSTON ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 1065.] Motion

of the parties to dispense with printing the joint appendix granted.